IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02553-BNB

ALBERT PETER GRENIER,

      Applicant,

v.

STEVE HARTLEY (Warden), and
JOHN SUTHERS, The Attorney General of the State of Colorado,

      Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 0 4 2009

GREGORY C. LANGHAM
CLERK

---

## ORDER TO FILE PRE-ANSWER RESPONSE

Applicant, Albert Peter Grenier, is a prisoner in the custody of the Colorado
Department of Corrections who currently is incarcerated at the Arkansas Valley
Correctional Facility in Crowley, Colorado.  He has filed *pro se* an Application for Writ
of Habeas Corpus Pursuant to 28 U.S.C. § 2254.  He has paid the $5.00 filing fee for a
habeas corpus action.

As part of the preliminary consideration of the Application for a Writ of Habeas
Corpus Pursuant to 28 U.S.C. § 2254 in this case, the Court has determined that a
limited Pre-Answer Response is appropriate.  Respondents are directed, pursuant to
Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts,
and pursuant to *Denson v. Abbott*, 554 F. Supp. 2d 1206 (D. Colo. 2008), to file a Pre-
Answer Response limited to addressing the affirmative defenses of timeliness under 28
U.S.C. § 2244(d) and/or exhaustion of state court remedies under 28 U.S.C. § 2254
(b)(1)(A).  If Respondents do not intend to raise either of these affirmative defenses,
they must notify the Court of that decision in the Pre-Answer Response.  Respondents

may not file a dispositive motion as their Pre-Answer Response, or an Answer, or otherwise address the merits of the claims in response to this Order.

In support of the Pre-Answer Response, Respondents should attach as exhibits all relevant portions of the state court record, including but not limited to copies of all documents demonstrating whether this action is filed in a timely manner and/or whether Applicant has exhausted state court remedies.

Applicant may reply to the Pre-Answer Response and provide any information that might be relevant to the one-year limitation period under 28 U.S.C. § 2244(d) and/or the exhaustion of state court remedies.  Applicant also should include information relevant to equitable tolling, specifically as to whether he has pursued his claims diligently and whether some extraordinary circumstance prevented him from filing a timely 28 U.S.C. § 2254 action in this Court.  Accordingly, it is

ORDERED that **within twenty days from the date of this Order** Respondents shall file a Pre-Answer Response that complies with this Order.  It is

FURTHER ORDERED that **within twenty days of the filing of the Pre-Answer Response** Applicant may file a Reply, if he desires.  It is

FURTHER ORDERED that if Respondents do not intend to raise either of the affirmative defenses of timeliness or exhaustion of state court remedies, they mustnotify the Court of that decision in the Pre-Answer Response.

DATED November 4, 2009, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No.  09-cv-02553-BNB

Albert Peter Grenier
Prisoner No.  107040
Arkansas Valley Corr. Facility
PO Box 1000 - Unit 6
Crowley, CO 81034

Steve Hartley, Warden,
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

Paul Sanzo, Asst.  Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Keith Nordell for service of process on Steve Hartley; and to John Suthers: APPLICATION FOR WRIT OF HABEAS CORPUS FILED 10/30/09 on 11|4|09      .

GREGORY C. LANGHAM, CLERK

By: _____
                           Deputy Clerk